# IN THE SUPREME COURT OF THE STATE OF NEVADA

LAUSTEVEION DELANO JOHNSON,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 71172

**FILED**

NOV 17 2016



ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a pro se petition for a writ of mandamus, or alternatively, writ of prohibition. Petitioner challenges the denial of parole and the information considered in denying parole. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. *See* NRS 34.160; NRS 34.170; NRS 34.320; NRS 34.330. Because the claims involve issues of fact, petitioner should seek relief in the district court in the first instance. *See Round Hill Gen. Improvement Dist. v. Newman*, 97 Nev. 601, 637 P.2d 534 (1981). Accordingly, we

ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc: Lausteveion Delano Johnson
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

16-35944